IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AARON M. WILSON,

    Petitioner,

v.                                        Case No. 1:21-cv-141-AW-GRJ

SECRETARY, FLORIDA DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 17, 2022 Report and Recommendation. ECF No. 11. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 11) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed based on Petitioner's failure to comply with court orders and failure to prosecute."

3. The clerk will then close the file.

SO ORDERED on May 25, 2022.

                                                  s/ *Allen Winsor*
                                                  United States District Judge